April REDDING, legal guardian of minor child, Plaintiff–Appellant,

v.

SAFFORD UNIFIED SCHOOL DISTRICT # 1; Kerry Wilson, husband; Jane Doe Wilson, wife; Helen Romero, wife; John Doe Romero, husband; Peggy Schwallier, wife; John Doe Schwallier, husband, Defendants–Appellees.

No. 05–15759.

United States Court of Appeals, Ninth Circuit.

Jan. 31, 2008.

Andrew J. Petersen, Esq., Humphrey & Petersen, Gary Todd Jackson, Bruce G. MacDonald, McNamara, Goldsmith, Jackson & MacDonald, Tucson, AZ, for Plaintiff–Appellant.

Matthew W. Wright, Esq., David K. Pauole, Holm, Wright, Hyde & Hays, P.L.C., Phoenix, AZ, for Defendants–Appellees.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.